UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.

Glen Richard Mousseau,

    Defendant.
_____/

Criminal No. 20-20436

Honorable Judge Cleland

### DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

    I, Glen Richard Mousseau, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: 5 years' imprisonment and a maximum fine of $250,000
Count Two: 20 years' imprisonment and a maximum fine of $1,000,000
Count Three: 5 years' imprisonment and a maximum fine of $250,000
Count Four: 20 years' imprisonment and a maximum fine of $250,000

_____
Glen Richard Mousseau
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Victor Mansour
Counsel for Defendant

Dated: 9/16/2020